UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,

        Plaintiff,

vs.

555 LONG BEACH BLVD. REALTY CORP.,
*a New York Corporation*,

        Defendant.
-----------------------------------------------------------x

**Case No.: 2:20-cv-03223-GRB-AYS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice of all claims, and except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: October 29, 2020

By: */s/Louis I. Mussman* .
   Louis I Mussman, Esq.
   Ku & Mussman, P.A.
   18501 Pines Boulevard
   Suite 209-A
   Pembroke Pines, FL 33029
   Tel: (305) 891-1322
   louis@kumussman.com

   *Attorneys for Plaintiff*

By: */s/Michael Zapson* .
   Michael Zapson, Esq.
   Certilman Balin Adler & Hyman, LLP
   90 Merrick Avenue
   East Meadow, New York 11554
   Tel: (516) 296-7053
   mzapson@certilmanbalin.com

   *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to all attorneys of record.

                                          */s/ Louis Mussman*
                                          Louis Mussman, Esq.